UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JOSE TRUJILLO,**<br><br>　　　　**Plaintiff**<br><br>　　　v.<br><br>**BALWANT SINGH DHALIWAL, individually and d.b.a. Double D Mini Market, et al.,**<br><br>　　　　**Defendants** | **CASE NO. 1:16-CV-0274 AWI EPG**<br><br>**ORDER CLOSING CASE IN LIGHT OF NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**<br><br>(Doc. No. 9) |

On May 20, 2016, following a notice of settlement, Plaintiff filed a notice of voluntary dismissal with prejudice. See Doc. No. 9.

Rule 41(a)(1), in relevant part, reads:

> (A) . . . the plaintiff may dismiss an action without a court order by filing: (i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment; or (ii) a stipulation of dismissal signed by all parties who have appeared. . . . (B) Unless the notice or stipulation states otherwise, the dismissal is without prejudice.

The filing of a notice of voluntary dismissal with the court automatically terminates the action as to the defendants who are the subjects of the notice. Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997); Concha v. London, 62 F.3d 1493, 1506 (9th Cir. 1995)

Here, no answers to Plaintiff's complaint and no motions for summary judgment have been filed in this case, and it appears that no such documents have been served. Because Plaintiff has

exercised his right to voluntarily dismiss his complaint with prejudice under Rule 41(a)(1), this case has terminated automatically.  <u>See</u> Fed. R. Civ. P. 41(a)(1)(A)(i); <u>Wilson</u>, 111 F.3d at 692.

    Accordingly, IT IS HEREBY ORDERED that the Clerk shall CLOSE this case in light of Plaintiff's Rule 41(a)(1) voluntary dismissal without prejudice.

IT IS SO ORDERED.

Dated:   May 23, 2016                 /s/ signature

SENIOR DISTRICT JUDGE